**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7699

MICHAEL T. STEPHENS,

             Plaintiff - Appellant,

        v.

GARY KUBIC; PHILIP A. FOOT; CHARLES ALLEN; JO ANN DEBOE;
CHARLES BUSH, Doctor; NURSE HOLDEN; NURSE CARLISLE; SUSAN
FOOT; PAROLE AGENT ROWELL; SOUTHERN HEALTH PARTNERS
INCORPORATED,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (4:08-cv-00329-CMC)

Submitted: July 14, 2010          Decided:  July 22, 2010

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael T. Stephens, Appellant Pro Se.  Marshall Hodges Waldron,
Jr., GRIFFITH & SADLER, PA, Beaufort, South Carolina; Elliott T.
Halio, HALIO & HALIO, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Stephens appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Stephens's motion for appointment of counsel and affirm for the reasons stated by the district court. Stephens v. Kubic, No. 4:08-cv-00329-CMC (D.S.C. Aug. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2